I AM inclosing A five dollar filing fee for

Jerry Lee Sullivan C66878
SAN Quentin State Prison
3-N76 up

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018360
Cashier ID: bucklem
Transaction Date: 04/21/2008
Payer Name: tanya sims
--------------------------------
WRIT OF HABEAS CORPUS
 For: jerry l sullivan
 Case/Party: D-CAN-3-08-CV-001837-001
 Amount:         $5.00
--------------------------------
CHECK
 Check/Money Order Num: 218444039
 Amt Tendered:  $5.00
--------------------------------
Total Due:       $5.00
Total Tendered: $5.00
Change Amt:     $0.00

vrw

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

# E-filing



PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name  SULLIVAN, JERRY L.
    (Last)                (First)        (Initial)

Prisoner Number  C-66878

Institutional Address  SAN QUENTIN STATE PRISON, SAN QUENTIN, CA. 94974

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CV 08    1837**

JERRY L. SULLIVAN
Full Name of Petitioner

vs.

ROBERT L. AYERS JR., Warden.
  Name of Respondent
  (Warden or jailor)

Case No. (To be provided by the clerk of court)

PETITION FOR A WRIT OF HABEAS CORPUS

Read Comments Carefully Before Filling In

When and Where to File

    You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

    If you are challenging your conviction or sentence and you were <u>not</u> convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your

1



OAKLAND CA 946
18 APR 2008 PM 7 T

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680